___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

APR 1 0 2009   JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK HOVILA,

    Plaintiff,

v.

TWEEN BRANDS, INC.,

    Defendant.

No. C09 0491 RSL

DECLARATION OF GRANT S. DEGGINGER

GRANT S. DEGGINGER declares as follows:

1.  I am a citizen of the United States of America, am over the age of 18 years, and am competent to make this declaration based upon my personal knowledge and to identify the exhibits attached hereto. I am an attorney at Lane Powell PC, which represents defendant Tween Brands, Inc.

2.  On March 11, 2009, plaintiff Mark Hovila ("Plaintiff") commenced this action against Tween Brands, Inc. ("Tween Brands") in the Superior Court of Washington for King County (now pending as Case No. 09-2-11996-1). True and correct copies of the Summons and Complaint for Damages, Injunctive and Declaratory Relief are attached hereto as Exhibit A.

09-CV-00491-DECL

DECLARATION OF GRANT S. DEGGINGER - 1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

124123.0001/1693993.1

3. Plaintiff served Tween Brands' registered agent CT Corporation with the Summons and Complaint on March 12, 2009. A true and correct copy of the Service of Process Transmittal is attached hereto as Exhibit B.

4. A true and correct copy of the Notice of Appearance entered by Lane Powell PC on behalf of defendant is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 10th day of April, 2009.

LANE POWELL PC

By /s/ Grant S. Degginger
Grant S. Degginger, WSBA No. 15261
Barbara J. Duffy, WSBA No. 18885
Attorneys for Defendant Tween Brands, Inc.

DECLARATION OF GRANT S. DEGGINGER - 2

SUPERIOR COURT OF WASHINGTON IN AND FOR KING COUNTY

| | |
|---|---|
| MARK HOVILA, | CLASS ACTION |
| Plaintiff, | Case No. 09-2-11996-1 SEA |
| vs. | COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF |
| TWEEN BRANDS, INC. | |
| Defendant. | |

Plaintiff Mark Hovila, individually and as class representative for a CLASS OF SIMILARLY SITUATED INDIVIDUALS, alleges as follows:

## I. PARTIES, JURISDICTION, VENUE

1.1. Defendant is a Delaware corporation with its principle offices in New Albany, Ohio.

1.2. Plaintiff is a resident of Lake Forest Park and the owner of the telephone on which he receives calls, including those which are the subject of this complaint.

1.3. The calls in question were received in King County, Washington.

1.4. Venue and Jurisdiction are proper under RCW 4.12.020, RCW 2.08.010, and Wash. Const. Art. 4, §6.

COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF - 1





EXHIBIT A

## II. FACTS

2.1   In December 2008 the defendant placed a call to plaintiff's telephone number.

2.2.   The call consisted of a pre-recorded message delivered by an automatic dialing and announcing device ("ADAD"). The pre-recorded message identified itself as being from defendant, soliciting plaintiff to redeem coupons.

2.3.   Upon information and belief, defendant placed hundreds or more substantially similar telephone calls to the telephones of persons in Washington State.

2.4.   Upon information and belief, defendant intends to continue to send messages to the telephones of persons in Washington State.

## III. CAUSES OF ACTION

3.1.   Plaintiff realleges the foregoing paragraphs as if fully stated herein. The following causes of action are, to the extent necessary, stated in the alternative.

### Count A. Violation 47 U.S.C. 227(b)(1)(B)

3.11.   Defendant has violated 47 U.S.C. 227(b)(1)(B).

3.12   As a result of said conduct, plaintiff and members of the Class have sustained damages. Plaintiff and all members of the Class are entitled to injunctive relief enjoining defendant's unlawful conduct, as well as incidental statutory or other damages.

### Count B. Violation of RCW 80.36.400

3.13   Defendant has violated RCW 80.36.400

3.14   As a result of said conduct, plaintiff and members of the Class have sustained damages. Plaintiff and all members of the Class are entitled to injunctive relief enjoining defendant's unlawful conduct, as well as incidental statutory or other damages.

COMPLAINT FOR DAMAGES, INJUNCTIVE AND
DECLARATORY RELIEF - 2



### Count C. Violation of RCW 19.86

3.15 Under RCW 80.36.400(3), defendant's violation of RCW 80.36.400 constitutes a violation of RCW 19.86, et seq., the Washington Consumer Protection Act ("CPA").

3.16 As a result of said conduct, plaintiff and members of the Class have sustained damages. Under the CPA, plaintiff and all members of the Class are entitled to injunctive relief enjoining defendant's unlawful conduct, as well as incidental and statutory damages and treble that amount as determined by law, and costs of suit and attorney's fees.

### Count D. Declaratory Relief Under The Washington Declaratory Judgment Act (RCW 7.24.010)

3.17 Defendant used an automated dialing and announcement device to send a prerecorded message to the telephones of persons in Washington.

3.18 Plaintiff and the Class are entitled to have their rights, status and legal relations relating to defendant's use of an automatic dialing and announcing device established by this Court.

## IV. CLASS ACTION ALLEGATIONS

4.1. Plaintiff realleges the foregoing paragraphs as if fully stated herein.

4.2. This class action is brought and may be maintained pursuant to CR 23(b)(2) and (b)(3). Plaintiff seeks to represent a Class comprised of:

> All persons who received a prerecorded telephone message on their telephone from defendant sent by automatic dialing machine.

4.3. Numerosity. The class and subclass are each so numerous that joinder of all members is impracticable. Upon information and belief the Class exceeds 1,000.

4.4. **Common Questions of Law and Fact.** The questions of law and fact are the same for all class members, including whether the defendant's conduct violated 47 U.S.C. 227(b)(1)(B).

4.5. **The Plaintiff's Claims are Typical of the Class.** Plaintiff's claims are typical of the class in that they arise from defendant's repeated violation of 47 U.S.C. 227(b)(1)(B) and RCW 80.36.400, and the CPA as to plaintiff and all other class members.

4.6. **The Plaintiff Will Fairly and Adequately Protect Class.** Plaintiff will adequately represent and protect the interests of the class because he has retained competent and experienced counsel and his interests in the litigation are not antagonistic to the other members of the class.

4.7. **A Class Action is Maintainable Under CR 23(b)(3).** The questions of law and fact common to all members of the class predominate over questions affecting only individual members of the class, because all members of the class were subjected to defendant's unlawful use of one or more ADADs. The prosecution of separate actions by individual members of the class against defendants would create the risk of inconsistent or varying adjudications and incompatible standards of treatment. On information and belief, there are no other pending class actions concerning these issues. A class action is superior to any other available means for the adjudication of this controversy. This action will cause an orderly and expeditious administration of the Class's claims; economies of time, effort and expense will be fostered; and uniformity of decisions will be ensured at the lowest cost and with the least expenditure of judicial resources.

4.8. **A Class Action is Maintainable Under CR 23(b)(2).** Defendant has acted on grounds generally applicable to plaintiff and the Class as alleged herein, thereby making

WILLIAMSON & WILLIAMS

appropriate injunctive and declaratory relief, as well as incidental damages, with respect to the Class as a whole.

## V. PRAYER FOR RELIEF

WHEREFORE, the plaintiff, on behalf of himself and the class of similarly situated individuals, respectfully requests that the Court enter judgment in his favor and in favor of the class for:

A. Certification of the Class pursuant to CR 23(b)(2) and CR 23(b)(3);

B. Granting declaratory, equitable, and/or injunctive relief as permitted by law to ensure that defendant will not continue to use automatic dialing and announcement devices to send messages to telephone subscribers;

C. Judgment against defendant for incidental statutory damages of $500.00 per message sent to plaintiff and each member of the Class, and other damages are permitted under federal and state law;

D. Any other or further relief which the court deems fair and equitable.

DATED this 11 day of March, 2009.

WILLIAMSON & WILLIAMS

By _____
Kim Williams, WSBA # 9077
Rob Williamson, WSBA #11387

*Attorneys for Plaintiff and the Proposed Class*

COMPLAINT FOR DAMAGES, INJUNCTIVE AND DECLARATORY RELIEF - 5




Served by
ABC Legal

MAR 12 2009

Time: 9 50

## IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## FOR KING COUNTY

| | |
|---|---|
| MARK HOVILA, | CLASS ACTION |
| Plaintiff, | |
| v. | No. 09-2-11996-1 SEA |
| TWEEN BRANDS, INC., | SUMMONS |
| Defendant. | |

TO: TWEEN BRANDS, INC., Defendant,

A lawsuit has been started against you in the above-entitled Court by the plaintiff. Plaintiff's claims are stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against the lawsuit, you must respond to the Complaint by stating your defense in writing, and serve a copy upon the undersigned attorney for the Plaintiff within twenty (20) days after the service of this Summons, or within sixty (60) days if this Summons was served outside the State of Washington, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where the Plaintiff is entitled to what has been asked for because you

SUMMONS -1



have not responded. If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this _11_ day of March, 2009.

WILLIAMSON & WILLIAMS

By: _____
Rob Williamson, WSBA # 11387
Kim Williams, WSBA #9077

*Attorneys for Plaintiff*

SUMMONS -2




## CT Corporation

**Service of Process Transmittal**
03/12/2009
CT Log Number 514565488

**TO:** Greg Henchel, Sr. Vice President and General Counsel
TWEEN BRANDS, INC.
8323 Walton Parkway
New Albany, OH 43054-

**RE:** **Process Served in Washington**

**FOR:** TWEEN BRANDS, INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Mark Hovila, Pltf. vs. Tween Brands, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Class Action Complaint, Order |
| **COURT/AGENCY:** | King County, Superior Court - Seattle, WA<br>Case # 09-2-11996-1 |
| **NATURE OF ACTION:** | Pertaining to automated messages soliciting coupons - Seeking Injunctive Relief |
| **ON WHOM PROCESS WAS SERVED:** | CT Corporation System, Olympia, WA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/12/2009 at 09:50 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, excluding the day of service |
| **ATTORNEY(S) / SENDER(S):** | Rob Williamson<br>Williamson & Williams<br>187 Parfitt Way SW<br>Suite 250<br>Bainbridge Island, WA 98110<br>206-780-4447 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/12/2009, Expected Purge Date: 03/17/2009<br>Telephone, Kyndall Potts, 614-775-3232<br>Image SOP<br>Email Notification, Kyndall Potts kpotts@tweenbrands.com<br>Email Notification, Greg Henchel ghenchel@tweenbrands.com<br>Email Notification, Jennifer Kromer jkromer@tweenbrands.com<br>Email Notification, Becky Sorem BSorem@tweenbrands.com<br>Email Notification, Rosanne Yang ryang@tweenbrands.com<br>Email Notification, Rosanne Yang ryang@tweenbrands.com |
| **SIGNED:** | CT Corporation System |
| **PER:** | Michele Rowe |
| **ADDRESS:** | 1801 West Bay Drive NW<br>Suite 206<br>Olympia, WA 98502 |
| **TELEPHONE:** | 360-357-6794 |

Page 1 of 1 / JM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT B

THE HONORABLE CATHERINE SHAFFER

SUPERIOR COURT OF WASHINGTON FOR KING COUNTY

| | | |
|---|---|---|
| MARK HOVILA, | ) | |
| | ) | CLASS ACTION |
| Plaintiff, | ) | |
| | ) | NO. 09-2-11996-1 SEA |
| v. | ) | |
| | ) | NOTICE OF APPEARANCE |
| TWEEN BRANDS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

TO:      Mark Hovila, Plaintiff

AND TO:  Rob Williamson and Williamson & Williams, attorneys for Plaintiff

PLEASE TAKE NOTICE that without waiving any objections as to personal or subject matter jurisdiction, venue, sufficiency of process or service of process, defendant in the above-referenced action hereby appears by its undersigned attorneys, GRANT S. DEGGINGER, BARBARA J. DUFFY, and LANE POWELL PC, and requests that service of all papers and pleadings herein, except writs of original process, be made upon the undersigned attorneys for said defendant at the offices below stated.

DATED: March 27, 2009

LANE POWELL PC

By _____
Grant S. Degginger, WSBA No. 15261
Barbara J. Duffy, WSBA No. 18885
Attorneys for Defendant Tween Brands, Inc.

NOTICE OF APPEARANCE - 1
NO. 09-2-11996-1

124123.0001/1693157.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107

# EXHIBIT C

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2009, I caused to be served a copy of the foregoing NOTICE OF APPEARANCE on the following person(s) in the manner indicated below at the following address(es):

Rob Williamson
Williamson & Williams
187 Parfitt Way SW, Suite 250
Bainbridge Island, WA 98110-2593
Telephone: (206) 780-4447
Facsimile: (206) 780-5557
E-Mail: robw@williamslaw.com

- ☐ by CM/ECF
- ☑ by Electronic Mail
- ☐ by Facsimile Transmission
- ☑ by First Class Mail
- ☐ by Hand Delivery
- ☐ by Overnight Delivery

_____
Moneca McYnturff

NOTICE OF APPEARANCE - 2
NO. 09-2-11996-I

124123.0001/1693157.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4100
SEATTLE, WASHINGTON 98101-2338
206.223.7000 FAX: 206.223.7107