UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
)
MARK HOVILA,                                    )   No. C09-0491RSL
                                                )
                        Plaintiff,              )
        v.                                      )   ORDER GRANTING DEFENDANT'S
                                                )   MOTION FOR SUMMARY
TWEEN BRANDS, INC.,                             )   JUDGMENT
                                                )
                        Defendant.              )
_____)

This matter comes before the Court on "Defendant's Motion for Summary Judgment." Dkt. # 11. Plaintiff has not opposed the entry of judgment against him and the Court considers such a failure to be "an admission that the motion has merit." Local Civil Rule 7(b)(2). Defendant's motion is therefore GRANTED. The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

Dated this 6th day of October, 2009.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT