# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARK HOVILA, *individually and on behalf of all others similarly situated,*

v.

TWEEN BRANDS, INC.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-491RSL

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is entered in favor of plaintiffs and against defendant.

April 26, 2012

William M. McCool
Clerk

/s/Rhonda Stiles
By, Deputy Clerk